# U.S. BANKRUPTCY COURT
District of South Carolina

CASE NO.: 09-08471hb

## CONSENT ORDER

The order set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**06/29/2011**



US Bankruptcy Judge
District of South Carolina

Entered: 06/30/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 09-08471hb |
| Gloria Wade Campbell, ) | Chapter 13 |
| ) | |
| DEBTOR, ) | |
| _____) | |

**CONSENT ORDER**

This matter comes before the Court pursuant to the Motion of CitiMortgage, Inc., which seeks relief from the Automatic Stay in this case. It appears that the Debtor and CitiMortgage, Inc. have reached an agreement to bring the post-petition mortgage payments current which they wish to be incorporated into an Order of this Court. The Trustee has not filed an objection to the motion.

NOW THEREFORE, it is Ordered that the Motion of CitiMortgage, Inc., for relief from the Automatic Stay is denied on the condition that:

a) The Debtor's account with this creditor is due for the March 2010 – March 2011 monthly mortgage payments in the amount of $508.79 and April 2011 - June 2011 monthly mortgage payments each in the amount of $522.88, plus attorney's fees and costs in the amount of $700.00. In addition, debtor has $268.42 remaining is suspense for a total of $8,612.69. The Debtor will cure this arrearage and reimburse the creditor for the attorney's fees and costs in the following manner:

b) The Debtor will pay the sum of $717.72 on or before August 1, 2011, and the remaining balance will be paid in eleven (11) equal monthly installments of $717.72 beginning on or before September 1, 2011, in addition to the regular monthly mortgage payments, continuing through the July 2012 installment. Regular mortgage payments will continue

on July 1, 2011 in the amount of $522.88 according to the terms of the mortgage. If Debtor can verify additional payments have been made, the arrearage amount will be adjusted accordingly. All regular mortgage payments and consent order payments are to be made to CitiMortgage, Inc., 4740 121 Street, Attn: Exception Payments MC, Urbandale, Iowa 50323.

c) Should the Debtor fail to abide by the terms of this Order or should the Debtor default in any future monthly mortgage payment for more than 20 days, the stay shall be lifted upon receipt by the Court of an affidavit of noncompliance and the entry of an Order. This provision will be in effect for twenty-four (24) months from the date of this Order. The claimant agrees to waive any claim that may arise under 11 U.S.C. Section 503(b) or 507 (b) as a result of this Order. The claimant further agrees that any funds realized from the foreclosure sale, in excess of all liens, costs, and expenses, will be paid to the trustee.

We Consent:

| /s/T. Lowndes Pope | /s/ Dana E. Wilkinson |
|---|---|
| T. Lowndes Pope, Esq. | Dana E. Wilkinson |
| Riley Pope & Laney, LLC | 365 C. East Blackstock Road |
| Post Office Box 11412 | Spartanburg, SC  29301 |
| Columbia, South Carolina  29211 | |
| Attorney for CitiMortgage, Inc. | Attorney for Debtor |